UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RONALD REYNOLDS                                              CIVIL ACTION

VERSUS                                                              NO. 16-342

JAMES LEBLANC                                                SECTION "R" (5)

## ORDER

Before the Court is the State of Louisiana's objections to Magistrate Judge North's May 3, 2016 Report & Recommendation to grant Ronald Reynolds' habeas corpus petition. Having reviewed *de novo* the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and Louisiana's objections,[1] the Court approves the Report and adopts it as its opinion.

---

[1] The crux of the State of Louisiana's objections is that petitioner's claim has been rendered unexhausted by *Montgomery v. Louisiana*, 136 S.Ct. 718 (2016). Magistrate Judge North correctly rejects this argument in his Report and Recommendation, noting that the Louisiana Supreme Court has already had a fair opportunity to consider that petitioner's sentence was unconstitutional based on *Miller v. Alabama*, 132 S.Ct. 2455 (2012), and to correct that defect. R. Doc. 18 at 6. Additionally, on September 8, 2016, a state court judge continued petitioner's scheduled resentencing to December 14, 2016, so that this Court could issue a final ruling on this *habeas* petition. R. Doc. 25 at 1-2.

Accordingly, IT IS ORDERED that Ronald Reynolds' petition for habeas corpus is GRANTED.

IT IS FURTHER ORDERED that the state trial court shall resentence petitioner in conformity with *Miller v. Alabama*, 132 S.Ct. 2455 (2012), and *Montgomery v. Louisiana*, 136 S.Ct. 718 (2016), within one-hundred twenty (120) days from entry of this judgment or release him from custody.

New Orleans, Louisiana, this ___9th___ day of September, 2016.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE